IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00123-1 |
| v. | ) | |
| | ) | Judge Nixon |
| TALMADGE BULGER | ) | |

## ORDER

Before the Court is a Letter from Defendant Talmadge Bulger requesting that the Court amend his Judgment in this case to reflect that his sentence is to run concurrently with sentences he was already serving for state criminal cases. (Doc. No. 44.) This Court entered a Judgment sentencing Mr. Bulger on September 11, 2012, stating that "the defendant be given jail credit for time served while in state custody on criminal cases 2004-A-708 and 2006-I-1125 as well as jail credit while awaiting sentencing in this case." (Doc. No. 41 at 2.)

After reviewing the recording of Mr. Bulger's sentencing hearing, the Court finds Mr. Bulger's request is appropriate. Accordingly, the Court's Judgment is hereby **AMENDED** to add the following language: "Defendant's sentence is to run concurrently to his state court sentences in case numbers 2004-A-708 and 2006-I-1125, pursuant to the plea agreement."

It is so ORDERED.

Entered the 31st day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT