IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-00123-1 |
| v. | ) | |
| | ) | Judge Nixon |
| TALMADGE BULGER | ) | |

## ORDER

Before the Court are Letters from Defendant Talmadge Bulger requesting the Court to amend the Judgment in this case or to resentence Defendant or to otherwise resolve certain jail credit calculations for time served. (Doc. Nos. 46, 47, 48.) The calculation of a federal term of imprisonment is within the Federal Bureau of Prisons' province. Therefore, the Court **DENIES** the relief requested in Defendant's Letters.

It is so ORDERED.

Entered the __10th__ day of October, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT